STATE of Vermont v. Richard M. SPAULDING, No. 302-76

September 11, 1978. Appeal dismissed for lack of jurisdiction. V.R.A.P. 4. The record on its face discloses nothing by way of excusable neglect or any other reason justifying an extension of time for filing notice of appeal.

STATE of Vermont v. Harold Leon OLDS, No. 15-77

September 11, 1978. The defendant seeks to raise issues in this Court which were not presented to the trial court. Points not urged in the proceedings below will not be considered as a matter of first impression on appeal except in extraordinary circumstances, which do not exist here. See State v. Morrill, 127 Vt. 506, 253 A.2d 142 (1969); V.R.Cr.P. 52(b).

Richard S. POPE v. TOWN OF WINDSOR, et al., No. 146-77

September 11, 1978. The judgment of the superior court, in paragraphs (2) and (3) of the order dated April 29, 1977, provides alternative forms of relief and is conditioned in part upon the occurrence of a contingency. As such, the judgment is not a final judgment from which an appeal can properly be taken to this Court. O'Neil v. Buchanan, 135 Vt. 636, 377 A.2d 1326 (1977). Appeal dismissed.

NORTHERN TERMINALS, INC. v. Howard S. LENO and Jean Leno v. Dana S. Bray, No. 240-77

September 11, 1978. The defendants' Motion for Remand filed June 14, 1978, is denied.

STATE of Vermont v. Craig H. ATWOOD, No. 267-77

September 11, 1978. No facts demonstrating bias or prejudice on the part of the trier having been introduced, In re Shuttle, 131 Vt. 457, 461, 306 A.2d 667 (1973), and no objections preserving issues for appeal having been made below, the judgment must be affirmed. State v. Morrill, 127 Vt. 506, 510–11, 253 A.2d 142 (1969).

Herbert LaROCK v. NESHOBE GOLF CLUB, INC., Robert and Sarah Hunt, John Aines, Stan English, Lloyd LaRock, Cy Elmore, Florence LaRock, Austin Barrows, and Joseph Shepar, No. 42-78

September 11, 1978. Appeal dismissed for lack of jurisdiction. V.R.A.P. 4.